1  Joshua H. Reisman, Esq.
   Nevada Bar No. 7152
2  Robert R. Warns III, Esq.
   Nevada Bar No. 12123
3  REISMAN·SOROKAC
   8965 South Eastern Avenue, Suite 382
4  Las Vegas, Nevada 89123
   Telephone: (702) 727-6258
5  Facsimile: (702) 446-6756
   Email: jreisman@rsnvlaw.com
6  Email: rwarns@rsnvlaw.com

7  Attorneys for Plaintiff Lisa Mabary

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA MABARY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MADAME TUSSAUD LAS VEGAS, LLC, a Delaware limited-liability company,<br><br>Defendant. | Civil Action No. 2:11-cv-01803-KJD-PAL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff LISA MABARY ("Plaintiff") by and through her counsel of record, Joshua H. Reisman, Esq., of the law firm of Reisman Sorokac, hereby files this Notice of Voluntary Dismissal ("Voluntary Dismissal") of this matter, in accordance with Fed. R. Civ. P. 41(a)(1)(A). Plaintiff filed her Complaint (#1) in this Court on November 9, 2011. Defendant MADAME

/ / /

/ / /

/ / /

/ / /

1

1  TUSSAUD LAS VEGAS, LLC ("Defendant") has not filed an answer or a motion for summary
2  judgment in this matter. Accordingly, Voluntary Dismissal of Defendant <u>without prejudice</u> is
3  proper.
4      DATED this 7th day of February, 2011.

                                REISMAN SOROKAC

                                By /s/ Robert R. Warns III
                                    JOSHUA H. REISMAN, ESQ.
                                    Nevada Bar No. 7152
                                    Robert. R Warns III, Esq.
                                    Nevada Bar No. 12123
                                    8965 South Eastern Avenue, Suite 382
                                    Las Vegas, Nevada 89123
                                    Telephone: (702) 727-6258
                                    Facsimile: (702) 446-6756
                                    jreisman@rsnvlaw.com
                                    rwarns@rsnvlaw.com
                                    Attorneys for Plaintiff Lisa Mabary

                                R. Bruce Carlson, Esq.
                                CARLSON LYNCH, LTD
                                PNC Park
                                115 Federal Plaza, Suite 200
                                Pittsburgh, PA 15212
                                Telephone: (412) 749-1677
                                Facsimile: (412) 749-1686

                                Co-Counsel with Reisman Sorokac
                                To be admitted Pro Hac Vice


                                IT IS SO ORDERED.

                                _____
                                PHILIP M. PRO
                                U.S. DISTRICT JUDGE

                                Dated: February 7, 2012.