Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Robert R. Warns III, Esq.
Nevada Bar No. 12123
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: rwarns@rsnvlaw.com

Attorneys for Plaintiff Lisa Mabary

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA MABARY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MADAME TUSSAUD LAS VEGAS, LLC, a Delaware limited-liability company,<br><br>Defendant. | Civil Action No. 2:11-cv-01803-KJD-PAL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff LISA MABARY ("Plaintiff") by and through her counsel of record, Joshua H. Reisman, Esq., of the law firm of Reisman Sorokac, hereby files this Notice of Voluntary Dismissal ("Voluntary Dismissal") of this matter, in accordance with Fed. R. Civ. P. 41(a)(1)(A). Plaintiff filed her Complaint (#1) in this Court on November 9, 2011. Defendant MADAME

/ / /

/ / /

/ / /

/ / /

1

TUSSAUD LAS VEGAS, LLC ("Defendant") has not filed an answer or a motion for summary judgment in this matter. Accordingly, Voluntary Dismissal of Defendant without prejudice is proper.

DATED this 7th day of February, 2011.

REISMAN SOROKAC

By /s/ Robert R. Warns III
JOSHUA H. REISMAN, ESQ.
Nevada Bar No. 7152
Robert. R Warns III, Esq.
Nevada Bar No. 12123
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
jreisman@rsnvlaw.com
rwarns@rsnvlaw.com
Attorneys for Plaintiff Lisa Mabary

R. Bruce Carlson, Esq.
CARLSON LYNCH, LTD
PNC Park
115 Federal Plaza, Suite 200
Pittsburgh, PA 15212
Telephone: (412) 749-1677
Facsimile: (412) 749-1686

Co-Counsel with Reisman Sorokac
To be admitted Pro Hac Vice

IT IS SO ORDERED.

PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated: February 7, 2012.

2